# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0046 • E: Joshua@levinepstein.com

## **CONSENT TO SUE**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of Superior Cafe Corp. and its owners and affiliates to pay me, *inter alia*, overtime wages as required under state and/or federal law and also authorize the filing of this consent in the lawsuit challenging such conduct, and consent to being named as a representative plaintiff in this action to make decisions on behalf of all other plaintiffs concerning all aspects of this lawsuit. I have been provided with a copy of a retainer agreement with the law firm of Levin-Epstein & Associates, P.C., and I agree to be bound by its terms.

아래 본인의 서명에 의해 본인은 Superior Cafe Corp. 및 그 소유주 및 계열사가 저에게 특히 주 및 / 또는 규정에 따라 초과 근무 수당을 지급하지 않은 것에 대해 본인의 이름으로 청구를 제기하고 기소 할 권한을 부여합니다. 또는 연방 법률을 적용하고 그러한 행위에 이의를 제기하는 소송에서이 동의를 제출할 권한을 부여하고,이 소송의 모든 측면과 관련하여 다른 모든 원고를 대신하여 결정을 내리는이 소송에서 대표 원고로 지명되는 것에 동의합니다. 본인은 Levin-Epstein & Associates, P.C.의 법률 사무소와 보유 계약서 사본을 받았으며 그 조건을 준수 할 것에 동의합니다.

**CHUL KYU KIM**
_____
Chul Kyu Kim

April 14, 2021
_____
Date