UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Chul Kyu Kim, on behalf of himself and others sim

**Plaintiff(s),**

- against -

Superior Cafe Corp., 1490 Superior Foods Corp., R

**Defendant(s),**
------------------------------------------------------------X

_21_ Civ. _3620_ (_GBD_)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on _4/23/2021_ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) _Superior Cafe Corp., 1490 Superior Foods Corp., and 1_ by personally serving _Chul Park & Sue Zouky_, and proof of service was therefore filed on _5/4/2021 and 5/13/2_, Doc. #(s) _17-19_.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

_____, 20___

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk