UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Chul Kyu Kim, on behalf of himself and others sim

**Plaintiff(s),**

- against -

Superior Cafe Corp., 1490 Superior Foods Corp., R

**Defendant(s),**
------------------------------------------------------------X

21 Civ. 3620 (GBD)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 4/23/2021 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) 1490 Superior Foods Corp. by personally serving Sue Zouky, and proof of service was therefore filed on 5/13/2021, Doc. #(s) 19.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

_____, 20___

**RUBY J. KRAJICK**
Clerk of Court

By: _____
**Deputy Clerk**

SDNY Web 8/1/2018