**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

Chul Kyu Kim, on behalf of himself and others sim +

Plaintiff(s),

- against -

Superior Cafe Corp., 1490 Superior Foods Corp., R +

Defendant(s),

------------------------------------------------------------X

21 ____ **Civ.** 3620 ____(GBD)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

        **I, RUBY J. KRAJICK, Clerk of the United States District Court for**

**the Southern District of New York**, **do hereby certify that this action was commenced on**

4/23/2021 ____ **with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** Superior Cafe Corp.

**by personally serving** Sue Zouky ,

*and proof of service was therefore filed on* 5/4/25/13/2021 , *Doc. #(s)* 18 .

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

____ June 1 ____ **, 20** 21

       **RUBY J. KRAJICK**
       **Clerk of Court**

**By:** _____

       **Deputy Clerk**

SDNY Web 8/1/2018