**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Chul Kyu Kim, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                         *Plaintiff*,

               - against -

Superior Cafe Corp., 1490 Superior Foods Corp., Rasam Almontaser, Mustaf "Doe", Jammut "Doe", and Laji "Doe",

                         *Defendants*.
-------------------------------------------------------------X

Case No.: 21-cv-3620

Hon. Judge George B. Daniels

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated June 22, 2021, together with the supporting declaration of Joshua Levin-Epstein, Esq. and the exhibits annexed thereto, Plaintiff Chul Kyu Kim ("Plaintiff"), by and through the undersigned counsel, Levin-Epstein & Associates, P.C., will move this Court, the Honorable Judge George B. Daniels presiding, at the United States District Court of the Southern District of New York, 500 Pearl Street, Courtroom 11-A, New York, NY 10007, at 10:00 a.m., on the 9th day of July, 2021, or as soon thereafter as counsel may be heard, for an order: (i) entering default judgment against Superior Cafe Corp., 1490 Superior Foods Corp. (together with Superior Cafe Corp., the "Corporate Defendants") and Rasam Almontaser, (the "Individual Defendant", and together with the Corporate Defendants, the "Defendants"), pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(b) in the amount of $657,592.95, consisting of $233,955 in unpaid overtime wages, $233,955 in liquidated damages, $10,000 in statutory damages under the WTPA, $164,202.74 in attorneys' fees, and $782 in costs; and (ii) awarding prejudgment interest on Plaintiff's overtime award of $233,955, in an

amount to be determined by the Clerk of Court, by multiplying $57.69 by the number of days from September 24, 2017 until the day final judgment is entered against Defendants; (iii) together with such other relief as this Court deems just and proper

    PLEASE TAKE FURTHER NOTICE that answering and reply papers, if any, must be served by such date that the Court may order.

Dated: New York, New York
       June 22, 2021

                                      By:   /s/ Joshua D. Levin-Epstein
                                                 Joshua D. Levin-Epstein, Esq.
                                                 Jason Mizrahi, Esq.
                                                 Levin Epstein & Associates, P.C.
                                                 60 East 42nd Street, Suite 4700
                                                 New York, NY 10165
                                                 Telephone: (212) 792-0046
                                                 Email: joshua@levinepstein.com
                                                 *Attorneys for Plaintiff*

Cc:    All parties via ECF