UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CHUL KYU KIM, on behalf of himself and other similarly situated,

                      Plaintiffs,

    -against-

SUPERIOR CAFÉ CORP.; 1490 SUPERIOR FOODS CORP.; RASAM ALMONTASER; MUSTAF "DOE"; JAMMUT "DOE"; AND LAJI "DOE",

                      Defendants.

------------------------------------- x

## DEFAULT JUDGMENT

21 Civ. 3620 (GBD)

GEORGE B. DANIELS, United States District Judge:

This action having been commenced on April 23, 2021 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant Rasam Almontaser by personal service on April 30, 2021 and on Defendants Superior Café Corp. and 1490 Superior Foods Corp. ("Corporate Defendants"), on May 6, 2021, by personally serving Sue Zouky, an authorized agent of the Corporate Defendants, and proof of service having been filed on May 4, 2021 and May 13, 2021, and all Defendants having failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that a judgment is entered in favor of Plaintiff, Chul Kyu Kim.

This matter is referred to Magistrate Judge Robert W. Lehrburger for an inquest on damages, attorneys' fees, and costs.

Dated: New York, New York
       July 28, 2021

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge