UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CHUL KYU KIM, on behalf of himself and other
similarly situated,

                          Plaintiffs,

     -against-

SUPERIOR CAFÉ CORP.; 1490 SUPERIOR FOODS
CORP.; RASAM ALMONTASER; MUSTAF "DOE";
JAMMUT "DOE"; AND LAJI "DOE",

                          Defendants.
------------------------------------------x

ORDER

21 Civ. 3620 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to close the open motion, (ECF No. 34), given the Default Judgment entered on July 28, 2021.

Dated: New York, New York
       January 19, 2022

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge