**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHUL KYU KIM, on behalf of himself and
Other similarly situated,

                         Plaintiff,                    21 **CIVIL** 3620 (GBD) (RWL)

        -against-                    **DEFAUL JUDGMENT**

SUPERIOR CAFÉ CORP.; 1490 SUPERIOR
FOODS CORP.; RASAM ALMONTASER;
MUSTAF "DOE"; JAMMUT "DOE"; AND
LAJI "DOE",

                         Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Decision and Order dated February 9, 2022, Magistrate Judge

Lehrburger's Report is ADOPTED. Plaintiff is awarded (a) $233,646.92 in damages for unpaid

overtime wages; (b) $233,646.92 in liquidated damages; (c)$10,000 for violations of the wage

statement and wage notice requirements; (d) prejudgment interest at the statutory rate of 9%

from the mid-point date of September 26, 2017, on the amount of $233,646.92, in the amount of

$92,351.35 (e) $8,768.75 in reasonable attorneys' fees, and (d) $782 in costs, for a total amount

of $579,195.94.


**Dated:** New York, New York
          February 15, 2022


                                     **RUBY J. KRAJICK**
                                 _____
                                     Clerk of Court
                   **BY:**
                                     Deputy Clerk